UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KRISTINA D. WOOD                                                              PLAINTIFF

VS.                                                    CIVIL ACTION NO. 3:15-cv-451-CWR-FKB

MAGEE COMMUNITY CARE CENTER, LLC
d/b/a HILLCREST NURSING CENTER                                       DEFENDANT

## JOINT MOTION TO CONTINUE TRIAL AND
## AMEND THE SCHEDULING ORDER

Plaintiff Kristina D. Wood ("Wood" or "Plaintiff") and Defendant, Magee Community

Care Center, LLC d/b/a Hillcrest Nursing Center ("Hillcrest" or "Defendant"), and file this Joint

Motion to Continue Trial and to Extend Scheduling Order Deadlines, and in support thereof,

state as follows:

1.      The Complaint in this action was filed by the Plaintiff on June 18, 2015.

According to the Scheduling Order, the discovery deadline is April 19, 2016 and the dispositive

motion deadline is May 3, 2016.   Trial is set for the two-week jury term beginning on October 3,

2016.

2.      The parties need an extension of the discovery deadline in order to conclude and

complete discovery in this action, and an extension of the motion deadline.  Previously, the

parties jointly moved for an extension of the discovery and dispositive motion deadline [Doc.

16.] and have been informed by the magistrate that the extension of the discovery and dispositive

motion deadlines will require that the trial of this case currently set for the jury term beginning

on October 3, 2016. [Doc. 17.]

3.      Scheduling issues, discovery conducted to date, and the trial calendar of the

attorneys of record have made this requested extension necessary.

4. The Plaintiff and Defendant desire, by agreement, to extend the discovery deadline and dispositive motion deadlines by two (2) months, that the trial of this matter be continued, and that the Scheduling Order be amended to extend the other relevant deadlines as necessary. Specifically, the parties request that the deadlines be extended as follows: discovery deadline until June 20, 2016; dispositive motion deadline of July 8, 2016.

5. No request for an extension of the trial has been filed previously.

6. This motion is not interposed for purposes of delay, but rather so that the interests of justice and judicial economy may be served.

7. Given the straightforward nature of this motion, the Parties respectfully request to be relieved of the requirement to submit a supporting memorandum pursuant to L. U. Civ. R. 7(b) (4).

WHEREFORE, the Parties request that the Court amend the Scheduling Order to continue trial, extend the Discovery Deadline to June 20, 2016, and the Dispositive Motion Deadline to July 8, 2016, and that this Court grant such other, further and different relief as this Court deems fair and just.

Respectfully submitted, this the 20th day of April, 2016.

MAGEE COMMUNITY CARE CENTER, LLC
d/b/a HILLCREST NURSING CENTER
Defendant

BY: */s/ Robin Banck Taylor*
Robin Banck Taylor (MS Bar No. 100195)
robin.taylor@ogletreedeakins.com
Timothy W. Lindsay (MS. Bar No. 1262)
Timothy.Lindsay@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
100 Renaissance, Suite 200
1022 Highland Colony Parkway
Ridgeland, Mississippi 39157

Telephone: (601) 360-8444
Facsimile: (601) 360-0995

**ATTORNEYS FOR DEFENDANT**

/s/ *Louis Watson*_____
Louis Watson (MSB#9053)
louis@watsonnorris.com
Nick Norris (MSB# 10154)
nick@watsonnorris.com
Watson & Norris, PLLC
1880 Lakeland Drive, Suite G
Jackson, MS 39216-4972

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served via the Court's Electronic

Filing System upon the following:

Louis H. Watson, Jr.
Nick Norris
WATSON & NORRIS, PLLC
1880 Lakeland Drive, Suite G
Jackson, MS 39216-4972

**ATTORNEYS FOR PLAINTIFF**

This, the 20th day of April, 2016.

*/s/ Robin Banck Taylor*_____
Robin Banck Taylor

24575700.1