# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**KRISTINA D. WOOD**                                               **PLAINTIFF**

**V.**                                                   **CIVIL ACTION NO. 3:15-cv-451-CWR-FKB**

**MAGEE COMMUNITY CARE CENTER, LLC**
**d/b/a HILLCREST NURSING CENTER**                      **DEFENDANT**

## NOTICE OF DEPOSITION

NOTICE is hereby given that pursuant to the Federal Rules of Civil Procedure, at the time and place set forth herein, the undersigned attorney for the Defendant, will take the deposition upon oral examination of the Plaintiff, Kristina Wood, on Friday, June 17, 2016, beginning at 9:00 a.m., before a court reporter, or some other official duty authorized to administer oath, in the law offices of Ogletree, Deakins, Nash, Smoak, and Stewart, P.C., 1022 Highland Colony Parkway, 100 Renaissance, Suite 200, Ridgeland, Mississippi.

The oral examination shall continue from day to day until completed. You are notified to appear and take such part in the examination as you deem proper.

This, the 12th day of May, 2016.

                                                   Respectfully Submitted,

                                                   */s/ Robin Banck Taylor* _____
                                                   Robin Banck Taylor (MS Bar No. 100195)
                                                   Robin.taylor@ogletreedeakins.com
                                                   Blythe K. Lollar (MS Bar No.104554)
                                                   blythe.lollar@ogletreedeakins.com
                                                   Ogletree Deakins Nash Smoak & Stewart, P.C.
                                                   100 Renaissance, Suite 200
                                                   1022 Highland Colony Parkway
                                                   Ridgeland, Mississippi 39157
                                                   Telephone: (601) 360-8444
                                                   Facsimile: (601) 360-0995

                                                   **ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I, Robin Banck Taylor, attorney for the Defendant, do hereby certify that I have this day served via ECF filing or by United States mail, postage prepaid, a true and correct copy of the above and foregoing document to the following counsel of record:

Louis H. Watson, Jr., Esq.
Nick Norris, Esq.
Watson & Norris, LLC
1880 Lakeland Drive, Suite G
Jackson, Mississippi 39216
louis@louiswatson.com

**ATTORNEYS FOR PLAINTIFF**

SO CERTIFIED, this the 12th day of May, 2016.

*/s/ Robin Banck Taylor*
Robin Banck Taylor

24812170.1